IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAMARA HOLNESS
    Reg. No. 60458-509,
    Petitioner,

vs.                                        Case No. 4:22-cv-408/MW/MAL

WARDEN KEVIN PISTRO,
F.C.I. MARIANNA,
    Respondent.
_____/

# REPORT AND RECOMMENDATION

This case is before me on referral from the clerk after an order mailed to Petitioner on April 12, 2023 was returned as undeliverable. ECF No. 20.

This case involves a § 2241 petition filed in November of 2022 where Petitioner sought sentencing credits under the First Step Act and placement on home confinement under the CARES Act. ECF No. 1. She subsequently filed an amended petition in January of 2023, which is the operative petition in this case. ECF No. 7.

Petitioner's most recent filing was a "Request for Emergency Response to Motion" received by the clerk on April 5, 2023, although bearing a certificate of service dated March 13, 2023. ECF No. 18. In that motion, Petitioner indicated she was "granted home confinement and approved for transfer to home confinement by

BOP on March 29, 2023 for a home confinement date of April 5, 2023," but "Respondent and Marianna refused to sign off on release." *Id.* at 1.

Because Petitioner represented that her home confinement date was April 5, 2023, the Court reviewed her custodial status on the BOP website. https://www.bop.gov/inmateloc/. As of April 12, 2023, the BOP website reflected Petitioner was "not in BOP custody," although her release date was still identified as May 12, 2023. The Court noted if Petitioner was no longer in BOP custody because she had been released to home confinement, her petition was likely moot. Therefore, the Court entered an order advising Petitioner it would take no further action in her case until she showed cause why the petition should not be dismissed as moot. ECF No. 19. That order was returned as undeliverable.

Petitioner has filed nothing further, and BOP records now reflect Petitioner was released before her previous projected release date, on May 8, 2023. https://www.bop.gov/inmateloc/. Thus, her request for relief appears to be moot.

Accordingly, it is respectfully RECOMMENDED:

1. The amended petition for writ of habeas corpus (ECF No. 7) be dismissed as moot.

2. The clerk be directed to close the case file.

At Gainesville, Florida on May 10, 2023.

> s/ *Midori A. Lowry*
> Midori A. Lowry
> United States Magistrate Judge

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.