IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAMARA HOLNESS,**

   *Petitioner*,

v.	Case No.: 4:22cv408-MW/MAL

**KEVIN PISTRO,
F.C.I. MARIANNA,**

   *Defendant.*
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 21. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 21, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition for writ of habeas corpus, ECF No. 7, is **DISMISSED as moot**." The Clerk shall close the file.

**SO ORDERED on June 5, 2023.**

                                                    *s/Mark E. Walker*
                                                    **Chief United States District Judge**